```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
KEVIN SAM, *on behalf of himself and all others similarly* :
*situated*, *et al.*,                                     :    1:24-cv-5620-GHW
:
:    ORDER
Plaintiff,   :
:
-v -          :
:
STONE SECURITY SERVICE, INC., *d/b/a* Stone :
Security Services, *et al.*,                             :
:
:
:
Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     On April 23, 2025, the parties submitted a joint letter requesting approval of a proposed settlement agreement that would dismiss with prejudice Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL").  Dkt. No. 41.  "[P]arties cannot enter into private settlements of FLSA claims without either the approval of the district court or the Department of Labor."  *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015).  Accordingly, the Court must review the parties' proposed settlement of their FLSA claims to determine whether it is "fair and reasonable."  *Velasquez v. SAFI-G, Inc.*, 137 F. Supp. 3d 582, 584 (S.D.N.Y. 2015).

     The Court will hold a hearing with respect to the fairness of the parties' proposed settlement agreement by telephone on May 2, 2025 at 11:00 a.m.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant

instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

    SO ORDERED.

Dated: April 25, 2025  
New York, New York

                                               GREGORY H. WOODS  
                                              United States District Judge