```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEVIN SAM *et al.*,

       Plaintiff,

v.

STONE SECURITY SERVICE, INC. *et al.*

       Defendants.
-----------------------------------------------------------X

**MEMORANDUM ENDORSED**

Case No.: 1:24-cv-05620-GHW

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party bearing its own costs and fees.,

MANSELL LAW LLC

By: /s/ _____
Greg R. Mansell, Esq.
85 8th Ave., Suite 6M
New York, NY 10011
(614) 796-4325
Greg@MansellLawLLC.com
*Attorney for Defendant Stone Security Service Inc.*

MANSELL LAW LLC

By: /s/ _____
Greg R. Mansell, Esq.
85 8th Ave., Suite 6M
New York, NY 10011
(614) 796-4325
Greg@MansellLawLLC.com
*Attorney for Defendant Global Event Staffing Inc.*

MANSELL LAW LLC

By: /s/ _____

MENKEN SIMPSON & ROZGER LLP

By: /s/ _____
Scott Simpson, Esq.
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 509-0314
ssimpson@nyemployeelaw.com
*Attorney for Plaintiff Kevin Sam*

MENKEN SIMPSON & ROZGER LLP

By: /s/ _____
Scott Simpson, Esq.
80 Pine Street, 33rd Floor
New York, New York 10005
(212) 509-0314
ssimpson@nyemployeelaw.com
*Attorney for Plaintiff Jonathan Wolf-Davidson*

1

Greg R. Mansell, Esq.
85 8th Ave., Suite 6M
New York, NY 10011
(614) 796-4325
Greg@MansellLawLLC.com
*Attorney for Defendant David Stone*

SO ORDERED:

_____
HON. JUDGE GREGORY H. WOODS

For the reasons stated on the record during the hearing held on June 13, 2025, the Court finds the parties' proposed settlement to be fair and reasonable. Accordingly, the Court approves the parties' stipulated dismissal with prejudice pursuant to Rule 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: June 18, 2025　　　　　_____
New York, New York　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　United States District Judge

2